UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 14-0434-CBM(PLAx) | Date | APRIL 2, 2014 |
| Title | HAAS AUTOMATION INC., v. BRIAN DENNY, ET AL | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Yolanda Skipper | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| N/A | N/A |

**Proceedings:**  In Chambers-Off the Record

IT IS ORDERED as follows:

(1) Scheduling Conference, currently set for April 15 2014, is hereby taken off calendar.

(2) Fact discovery shall be completed on or before July 30, 2014.

(3) Expert discovery shall be completed on or before August 30, 2014.

(4) Settlement conference shall be held on or before September 15, 2014.

(5) Motions shall be set for oral argument on or before November 18, 2014 at 10:00 a.m.

(6) Pre Trial Conference is set on January 12, 2015 at 2:30 p.m.

(7) Jury Trial is set on February 17, 2015 at 10:00 a.m.(est. 7-8 days).

(8) ADR-1 Form shall be filed on or before April 8, 2014.

00  :  00

Initials of Preparer        YS