Jason E. Goldstein, SBN 207481
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
(949) 760-1121
(949) 720-0182
jgoldstein@buchalter.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HAAS AUTOMATION, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 14-00434 CBM(PLAx) |
| v. | |
| BRIAN DENNY, an individual, CNCPROS.NET, Inc., an Idaho Corporation, AUTOMATED SOLUTIONS, INC., an Idaho Corporation doing business as ASI MACHINE & SUPPLY, CNCLISTINGS, LLC, an Idaho Corporation, FHD INTERNATIONAL, LLC, an Idaho limited liability company and Does 1-10 inclusive | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Haas Automation, Inc.   ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute Roger Scott Feldmann - BakerHostetler _____ who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

600 Anton Boulevard, Suite 900
*Street Address*

Costa Mesa, CA 92626                                  sfeldmann@bakerlaw.com
*City, State, Zip*                                         *E-Mail Address*

714.754.6600                    714.754.6611                    169230
*Telephone Number*              *Fax Number*                   *State Bar Number*

as attorney of record instead of George Stephan and Jason E. Goldstein - Buchalter Nemer
                                              *Present Attorney*

is hereby    ☒ GRANTED      ☐ DENIED

Dated  6/4/2014                        _____
                                       U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (06/13)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY    American LegalNet, Inc.
                                                                                   www.FormsWorkFlow.com

jgoldstein@buchalter.com
(949) 720-0182
(949) 760-1121
Irvine, California 92612-0514